**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

JOGI PACK & SHIP SERVICES, LLC                CASE NO.: 3:22-00809
                                              CHAPTER 11

    Debtor.
_____/

## SUPPLEMENT TO PETITION AND DECLARATION OF DIVYAN PATEL IN COMPLIANCE WITH 11 USC §§ 1116(1)(A) & (B)

COMES NOW, the Debtor, Jogi Pack & Ship Services, LLC, and states that it has filed its most recent Federal income tax return with the Court along with a cash flow statement. Also attached hereto is a declaration that the Debtor, as of the petition date, did not have in its records a statement of operations or a balance sheet in compliance with 11 USC §§ 1116(1)(A) & (B).

Dated: April 22, 2022                         Respectfully submitted,

                                              **Bruner Wright, P.A.**
                                              *Proposed Counsel for the*
                                              *Debtor-In-Possession*
                                              2810 Remington Green Circle
                                              Tallahassee, FL 32308
                                              Office: (850) 385-0342
                                              Fax: (850) 270-2441

                                              By:    */s/ Byron Wright III*
                                                     Robert C. Bruner
                                                     Florida Bar No. 0065876
                                                     rbruner@brunerwright.com
                                                     Byron Wright III
                                                     Florida Bar No. 118971
                                                     twright@brunerwright.com

## **CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on April 22, 2022 to the following persons at the email addresses noted herein:

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Date:   April 22, 2022             */s/ Byron Wright III*
                                            Byron Wright III

## DECLARATION OF DIVYAN PATEL

Divyan Patel, the owner and managing member of the Debtor, states as follows:

1. I am the owner of the Debtor and I have the responsibility of maintaining its records.

2. On the petition date the Debtor did not in its records have a statement of operations or a balance sheet.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.

Dated: April 22, 2022

/s/ Divyan Patel
Divyan Patel – Owner
Jogi Pack & Ship Services, LLC