**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

JOGI PACK & SHIP SERVICES, LLC          CASE NO.: 3:22-00809
                                                          CHAPTER 11

     Debtor.
_____/

**DEBTOR'S MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICER**
**SALARY OF DIVYAN PATEL AND REQUEST FOR**
**EXPEDITED CONSIDERATION**

Jogi Pack & Ship Services, LLC ("Debtor"), as the debtor-in-possession, pursuant to Local Rules 2081-1(g)(6) and 9013-1(e) respectfully requests that the Court enter an order authorizing the payment of a salary to Divyan Patel, and in support states as follows:

1. On April 22, 2022, the Debtor filed the instant Chapter 11 case.

2. In the one year period prior to filing, Mr. Patel was paid approximately $84,000 from the Debtor in salary and an additional $100,000-$125,000 in distributions. There are no employment agreements.

3. Mr. Patel is the managing member of the Debtor and oversees its operations.

4. The Debtor owns and operates a UPS Store franchise in St. Augustine, Florida as a franchisee of The UPS Store, Inc. ("TUPSS"), which is a subsidiary of United Parcel Service ("UPS").

5. The Debtor requests approval to pay Mr. Patel an annual salary of $84,000.00, which equates to approximately $7,000.00 each month. Taxes would be taken out of that amount and be paid by the Debtor.

6. At this time, Mr. Patel does not receive compensation from any other source.

7.     No party in interest would be prejudiced by the entry of an order granting this Motion.

WHEREFORE, the Debtor respectfully requests entry of an order granting this motion and authorizing the payment of Divyan Patel's salary as set forth above.

Dated: April 26, 2022                             Respectfully submitted,

**Bruner Wright, P.A.**
*Proposed Counsel for the Debtor-In-Possession*
2810 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By:    */s/ Byron Wright III*
Robert C. Bruner
Florida Bar No. 0065876
rbruner@brunerwright.com
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com

## CERTIFICATE OF SERVICE

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on April 26, 2022 to the following persons at the email addresses noted herein:

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Date: April 26, 2022                             */s/ Byron Wright III*
                                                 Byron Wright III