ORDERED.

Dated: March 27, 2023

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

JOGI PACK & SHIP SERVICES, LLC,

    Debtor.
_____/

CASE NO.: 3:22-00809
CHAPTER 11

### ORDER DISMISSING CASE

THIS CASE came before the Court for hearing on March 22, 2023, upon the UPS Store Inc.'s ("TUPSS") *(I) Objection to Debtor-In-Possession's Motion for Turnover and (II) Cross-Motion to Convert Case to Chapter 7* [Docket No. 192] (the "Motion to Convert"). The Court, having reviewed the record and being otherwise advised in this matter finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Convert is **DENIED**.

2. The above-captioned chapter 11 case is hereby **DISMISSED** with prejudice to refiling.

3. All pending hearings are cancelled.

4. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

5. Pursuant to the provisions of 11 U.S.C. Section 105(a) and 11 U.S.C. Section 109(g), the Debtor is prohibited from filing a proceeding, anywhere in the country, under title 11, for a period of one hundred and eighty (180) days from the date of this order. Any attempt to invoke the automatic stay provisions of 11 U.S.C. Section 362 is hereby annulled during this injunction period.

6. TUPSS shall pay to Mr. Robert Altman, in his capacity as subchapter V trustee (the "Subchapter V Trustee"), his remaining unpaid capped fees in the amount of $592.93 within ten (10) days of entry of this order. The Subchapter V Trustee is discharged from any further duties.

7. The Court shall retain jurisdiction to enforce the provisions of this order.

# # #

Attorney Noel Boeke is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this order.